UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3623
_____

UNITED STATES OF AMERICA,

v.

AHMED WALKER, a/k/a Amelios, a/k/a Ammo,

Ahmed Walker,

Appellant.

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. No. 1-00-cr-00300-003)
District Judge:  Honorable Sylvia H. Rambo

Submitted under Third Circuit LAR 34.1(a)
on July 15, 2011

Opinion filed September 9, 2011

Before:  RENDELL, SMITH and ROTH, Circuit Judges

**O R D E R**

IT IS HEREBY ORDERED that the opinion filed on September 9, 2011, is hereby

vacated and an amended opinion shall be filed simultaneously with this order.  The

revised opinion does not alter the September 9, 2011 judgment or the panel's

decision to deny appellant's petition for panel rehearing..

By the Court,

/s/ Jane R. Roth
Circuit Judge

Dated: 29 September 2011